# IN THE SUPREME COURT OF THE STATE OF NEVADA

RANDY ROYAL JOHNSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73330

FILED

AUG 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting or denying a motion for house arrest.

Our review of this appeal reveals jurisdictional defects. Specifically, no statute or court rule provides for an appeal from an order granting or denying a motion for house arrest. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Further, review of the district court minutes and docket entries indicate that no such order was entered. To the extent that appellant appeals from the judgment entered on December 13, 2005, the judgment on count III entered on January 24, 2006, and the judgment of conviction entered on January 24, 2006, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest

17-27690

jurisdiction in this court." *Lozada v. State,* 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Chief Judge, The Second Judicial District Court
Hon. Steven Elliott, Senior Judge
Hon. Elliot A. Sattler, District Judge
Randy Royal Johnson
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk